UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. |
| Plaintiff, | Civil Action No. 24- |
| v. | |
| **THE CONTENTS OF THE FOLLOWING ACCOUNTS:** | **WARRANT FOR ARREST *IN REM*** |
| **JP MORGAN CHASE ACCOUNT ENDING IN 9483 IN THE NAME OF JAE CHOI ATTORNEY TRUST ACCOUNT;** | |
| **BANK OF AMERICA ACCOUNT ENDING IN 4685 IN THE NAME OF SMART LEARNING, INC.;** | |
| **JP MORGAN CHASE ACCOUNT ENDING IN 0711 IN THE NAME OF HEE AH NAM;** | |
| **TD BANK ACCOUNT ENDING IN 2483 IN THE NAME OF HEE AH NAM;** | |
| **TD BANK ACCOUNT ENDING IN 1237 IN THE NAME OF HEE AH NAM;** | |
| **BANK OF AMERICA ACCOUNT ENDING IN 6030 IN THE NAME OF HEE AH NAM;** | |
| **BANK OF AMERICA ACCOUNT ENDING IN 6043 IN THE NAME OF HEE AH NAM;** | |
| **JP MORGAN CHASE ACCOUNT ENDING IN 9900 IN THE NAME OF HUDSON ASSET HOLDING CORP;** | |
| **JP MORGAN CHASE ACCOUNT ENDING IN 4413 IN THE NAME OF HUDSON ASSET HOLDING CORP;** | |

**JP MORGAN CHASE ACCOUNT ENDING IN 0353 IN THE NAME OF VIRTUA EDUCATION, INC.;**

**JP MORGAN CHASE ACCOUNT ENDING IN 4827 IN THE NAME OF VIRTUA EDUCATION, INC.; AND**

**TD AMERITRADE ACCOUNT ENDING IN 2857 IN THE NAME OF HEE AH NAM; AND**

**THE REAL PROPERTY LOCATED AT 125 13TH STREET, CRESSKILL, NEW JERSEY,**

*Defendants in rem.*

- - - - - - - - - - - - - - - - - - - - - - -x

**TO ANY OFFICER OF THE UNITED STATES INTERNAL REVENUE SERVICE, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

WHEREAS, a Verified Complaint for Forfeiture *in Rem* has been filed on May 6, 2024 in the United States District Court for the District of New Jersey, alleging that the above-captioned defendant property is subject to seizure and forfeiture to the United States for the reasons set forth in the Complaint;

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States;

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal

Rules of Civil Procedure (the "Supplemental Rules"), directs the Clerk of the Court to issue a Warrant for Arrest *in Rem* for the defendant property; and

WHEREAS, Rule G(3)(c)(i) of the Supplemental Rules provides that the Warrant for Arrest *in Rem* must be delivered to a person or organization authorized to execute it, who may be an agent with the United States Secret Service or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to take such steps as are necessary to arrest and detain the defendant property, including, if appropriate, serving a copy of this warrant on the custodian in whose possession, custody, or control the property is currently found; and

YOU ARE FURTHER COMMANDED to use whatever means may be appropriate to protect and maintain the defendant property in your custody until further order of this Court.

IN WITNESS WHEREOF, I, the Clerk of the United States District Court for the District of New Jersey, have caused the foregoing Warrant for Arrest *In Rem* to be issued pursuant to Rule G(3)(b)(i) of the Supplemental Rules.

Dated: _____          _____
                                Clerk of the Court


                         By:   _____
                                Deputy Clerk