Joseph R. Donahue, Esq.
Law Offices of Joseph R. Donahue
135 Prospect Street
Ridgewood, New Jersey 07450
(201) 488-7707
Attorneys for Hee Ah Nam

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| v. | |
| | |
| THE CONTENTS OF THE FOLLOWING ACCOUNTS: | Civil Action No.: 24-5863 |
| | |
| JP MORGAN CHASE ACCOUNT ENDING IN 9483 IN THE NAME OF JAE CHOI ATTORNEY TRUST ACCOUNT, ET AL. | **CLAIM AND PETITION OF HEE AH NAM** |
| *Defendants in rem.* | |

Hee Ah Nam, of 125 13th Street, Cresskill, New Jersey 07626, hereby files a petition/claim pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, Rule G of the Federal Rules of Civil Procedure and Title 21 U.S.C. Section 853(n) for the property listed below.

Ms. Nam asserts her interest in the following real property and bank accounts:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 125 13th Street, Cresskill, New Jersey 07626.

2. TD Bank Account ending in 2483 in the name of Hee Ah Nam;

3. TD Bank Account ending in 1237 in the name of Hee Ah Nam;

4. Bank of America Account ending in 6030 in the name of Hee Ah Nam;

5. Bank of America Account ending in 6043 in the name of Hee Ah Nam;

1

6. JP Morgan Chase Account ending in 9900 in the name of Hudson Asset Holding Corp.;

7. JP Morgan Chase Account ending in 4413 in the name of Hudson Asset Holding Corp.;

8. TD Ameritrade Account ending in 2857 in the name of Hee Ah Nam.

Ms. Nam asserts that she is an innocent owner and innocent spouse in connection with this matter and the claims to the above listed real property and bank accounts.

Ms. Nam currently resides at 206 Grant Avenue, Cliffside Park, NJ. Ms. Nam is an owner of Hudson Asset Holding Company which is the record title owner of the property located at 125 13th Street, Cresskill, New Jersey 07626.

Ms. Nam asserts a claim as to all bank accounts under her name and Hudson Asset Holding Company. The relief claimed by Petitioner is an order of this Court declaring that the Government's forfeiture rights pursuant to the criminal conviction of Jae H. Choi does not affect Ms. Nam's interest in the property and above listed bank accounts. Ms. Nam also seeks an order declaring that Ms. Nam's interest in the Cresskill property and the bank accounts listed above be turned over to Ms. Nam promptly.

I hereby state under penalty of perjury that the above is true and correct to the best of my knowledge.

_____
Hee Ah Nam

Dated: July 22, 2024