PHILIP R. SELLINGER
United States Attorney
By:   PETER A. LASERNA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.:   973-645-2700
Peter.Laserna@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael E. Farbiarz, U.S.D.J. |
| v. | : | Civil Action No. 24-5863 |
| THE CONTENTS OF THE FOLLOWING ACCOUNTS: | : | NOTICE OF MOTION TO STRIKE THE CLAIM AND PETITION OF HEE AH NAM AS IT RELATES TO PROPERTIES OWNED BY HUDSON ASSET HOLDING CORP. |
| JP MORGAN CHASE ACCOUNT ENDING IN 9483 IN THE NAME OF JAE CHOI ATTORNEY TRUST ACCOUNT, *et al.*, | : : : | |
| *Defendants in rem.* | | |

PLEASE TAKE NOTICE that on October 21, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, the United States will move this Court for the entry of an Order striking the Claim and Petition of Hee Ah Nam as it relates to properties owned by Hudson Asset Holding Corp., pursuant to Rule G(8)(c)(i)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture.

In support of the motion, the United States will rely on the Memorandum of Law submitted herewith.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney
*s/ Peter A. Laserna*
By: PETER A. LASERNA
Assistant United States Attorney

Dated:  September 27, 2024