# JOSEPH R. DONAHUE, LLC

### ATTORNEYS

JOSEPH R. DONAHUE*
JDONAHUE@DONAHUENJLAW.COM
MOBILE: (201) 602-4692

———

OF COUNSEL
SANDRA COIRA

LUCIA V. DONAHUE

*CERTIFIED CRIMINAL TRIAL LAWYER – NJ

135 PROSPECT STREET
RIDGEWOOD, NEW JERSEY 07450
TELEPHONE: (201) 488-7707
FACSIMILE: (201) 488-9559
WWW.DONAHUENJLAW.COM

October 7, 2024

**Via ECF Filing**
Hon. Michael E. Farbiarz, USDJ
M.L.K Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   US v. Contents of JP Morgan Chase Acct. Ending in 9483, et al.
      Civil Action No. 2:24-5863-MEH-MAH

Dear Judge Farbiarz:

I represent Hee Ah Nam, the Claimant and Petitioner relevant to the above-referend matter. The Government has filed a Motion to Dismiss returnable October 21, 2024 before Your Honor. My opposition papers are due today. Please accept this letter as a request to adjourn the motion for one cycle and to extend the deadline for the filing of our opposition. This is the first time this motion has been listed. I have had several conversations with AUSA Laserna regarding this matter and it is my understanding that he has no objection to my request. I would like to take the opportunity to further discuss a resolution of this matter and believe that additional time would be helpful.

Respectfully submitted,

/s/ *Joseph R. Donahue*

Joseph R. Donahue

cc:   Peter A. Laserna, AUSA (via ECF filing)