# JOSEPH R. DONAHUE, LLC

JOSEPH R. DONAHUE*
JDONAHUE@DONAHUENJLAW.COM
MOBILE: (201) 602-4692

OF COUNSEL
SANDRA COIRA

LUCIA V. DONAHUE

*CERTIFIED CRIMINAL TRIAL LAWYER – NJ

ATTORNEYS

135 PROSPECT STREET
RIDGEWOOD, NEW JERSEY 07450
TELEPHONE: (201) 488-7707
FACSIMILE: (201) 488-9559
WWW.DONAHUENJLAW.COM

November 1, 2024

**Via ECF Filing**
Hon. Michael E. Farbiarz, USDJ
M.L.K Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: US v. Contents of JP Morgan Chase Acct. Ending in 9483, et al.
Civil Action No. 2:24-5863-MEH-MAH

Dear Judge Farbiarz:

I represent Hee Ah Nam, the Claimant and Petitioner relevant to the above-referenced matter. Please be advised that the parties have settled this matter and are in the process of preparing settlement papers. As you are aware, the Government has filed a Motion to Dismiss returnable November 18, 2024 before Your Honor. My opposition papers are due on November 4, 2024. The parties are requesting that the pending motion be held in abeyance while settlement papers are finalized.

Respectfully submitted,

*Joseph R. Donahue*

Joseph R. Donahue

cc: Peter A. Laserna, AUSA (via ECF filing)