# JOSEPH R. DONAHUE, LLC

**ATTORNEYS**

JOSEPH R. DONAHUE*
JDONAHUE@DONAHUENJLAW.COM
MOBILE: (201) 602-4692

OF COUNSEL
SANDRA COIRA

LUCIA V. DONAHUE

*CERTIFIED CRIMINAL TRIAL LAWYER – NJ

135 PROSPECT STREET
RIDGEWOOD, NEW JERSEY 07450
TELEPHONE: (201) 488-7707
FACSIMILE: (201) 488-9559
WWW.DONAHUENJLAW.COM

November 1, 2024

**Via ECF Filing**
Hon. Michael E. Farbiarz, USDJ
M.L.K Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: US v. Contents of JP Morgan Chase Acct. Ending in 9483, et al.
Civil Action No. 2:24-5863-MEH-MAH

Dear Judge Farbiarz:

I represent Hee Ah Nam, the Claimant and Petitioner relevant to the above-referenced matter. When I originally filed my appearance in this matter I inadvertently filed such that Paul B. Brickfield, Esq. was also added as an attorney representing Hee Ah Nam. Mr. Brickfield and I were associated in the firm Brickfield & Donahue for many years but no longer work together. Please accept this letter as a request to withdraw Paul Brickfield as an attorney on this matter.

Respectfully submitted,

*Joseph R. Donahue*

Joseph R. Donahue

cc: Peter A. Laserna, AUSA (via ECF filing)