

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*                                    *973-645-2700*
*Newark, New Jersey 07102*

January 10, 2025

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

> Re:  *United States of America v. The Contents of the Following Accounts:*
> *JP Morgan Chase Account Ending in 9483 in the Name of Jae Choi*
> *Attorney Trust Account, et al.,*
> Civil Action No. 24-CV-5863 (MEF)(MAH)

Dear Judge Farbiarz:

The Government writes in response to Your Honor's January 2, 2025, Text Order (ECF No. 29). When the Government reaches a settlement stipulation in a civil forfeiture action filed in this District, the settlement stipulation generally includes provisions that the settlement stipulation will be "so ordered" by the Court.[1] The intended purpose of such provisions is to clarify that the parties' recourse for an alleged breach of the settlement stipulation is to seek to have the Court enforce the terms stipulation, rather than to initiate a separate lawsuit for breach of contract.

However, the undersigned Assistant U.S. Attorney has conferred with counsel for Claimant Hee Ah Nam and counsel for the Borough of Cresskill regarding the respective stipulations. The parties agree that the respective stipulations are enforceable even if they are not "so ordered" by the Court. In that regard, the parties' have executed new stipulations, which are enclosed with this

_____

[1] *See, e.g., United States v. 0.346 Cubic Meters of Brazilian Rosewood (Dalbergia nigra)*, 22-CV-6997 (MEF), ECF No. 38, Stipulation and Order of Settlement, entered July 25, 2023; *United States v. $142,250 in United States Currency, et al.*, 19-CV-09725 (JXN), ECF No. 23, Stipulation and Order of Settlement, entered September 13, 2022; *United States Of America V. Two African Elephant (Loxodanta Africana) Ivory Tusks*, 20-CV-14645 (CCC), ECF No. 27, Stipulation and Order of Settlement, entered April 4, 2022.

letter. The stipulations do not contain any reference to being "so ordered" by the Court.

The Government respectfully withdraws its request for the Court to endorse the previously-filed stipulations (*see* ECF Nos. 27 and 28). The Government will separately submit a proposed default judgment and final order of forfeiture for the Court's review and endorsement. We thank the Court for its consideration of this matter.

<div align="center" style="display:inline-block; margin-left:40%;">

Respectfully submitted,

VIKAS KHANNA
Acting United States Attorney

*/s/ Peter A. Laserna*
</div>

By:   Peter A. Laserna
      Assistant U.S. Attorney

Enclosures